# United States District Court
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      Case No: 08-CR-86

DONALD W. SIMMS, II,

        Defendant.

## COURT MINUTES
## HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

| | |
|---|---|
| Date: | November 12, 2008 |
| Proceeding: | Oral Disposition and Final Pretrial Conference |
| FTR Start Time: | 11:35:45 a.m.    FTR End Time: 11:59:02 a.m. |
| Court Reporter: | None    Deputy Clerk: Kris Wilson |
| Appearances: | P: Assistant U.S. Attorney William J. Lipscomb<br>D: Donald W. Simms, II, with Attorney Rodney L. Cubbie |
| Disposition: | The court adopts in part the Magistrate Judge's Report and Recommendation of August 26, 2008. [43]<br><br>The defendant's Motion to Suppress Evidence is Sustained as to the Garbage Pull but Denied as to the Search Warrant. [27]<br><br>The court grants the joint request of the parties to adjourn the jury trial scheduled to commence November 24, 2008.<br><br>The final pretrial conference and jury trial are rescheduled to December 12, 2008, at 3:30 p.m., and to January 5, 2009, at 8:30 a.m., respectively. |